IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATORA TYLER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 13-7419 |
| | : | |
| **CAROLYN W. COLVIN** | : | |
| **Social Security Administration** | : | |

## ORDER

**AND NOW,** this 20th day of October, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the defendant's response (Document No. 13), the Report and Recommendation of United States Chief Magistrate Judge Carol Sandra Moore Wells (Document No.16) , and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  Pursuant to sentence four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells.

      /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.